IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

**JOSEPH J. FRANCIA,**

**Plaintiff,**

**v.**                                                                                               CV-2014- 269.

**TRU-GREEN, INC.,**

**Defendant.**

## COMPLAINT

COMES NOW the Plaintiff, by and through the undersigned counsel of record, and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for disability discrimination, arising in Mobile County, Alabama, and is brought pursuant to 42 U.S.C. Section 1981. Accordingly, jurisdiction is based on federal question jurisdiction, 42 U.S.C. Section 1331, and venue is appropriate in this Court.

### PARTIES

2. Plaintiff is an adult resident of Mobile County, Alabama, over the age of twenty-one years.  Defendant, TRU-GREEN is, upon information and belief, a for-profit

corporation, doing business in Mobile County, Alabama.

## ALLEGATIONS

3. Plaintiff incorporates by reference the allegations contained in paragraphs one through three above as though fully stated herein.

4. Plaintiff was employed by Defendant, working in sales and service. Plaintiff has a diagnosed hearing impairment disability. The Defendant was aware of this disability. Plaintiff was terminated from his employment on or about March 25, 2013.

5. Plaintiff was terminated in retaliation for making complaints concerning his disability. During the time of his employment, he was openly mocked and ridiculed for his disability. When he complained to his supervisor, he was terminated.

6. Defendant's termination of Plaintiff caused the Plaintiff to loose a significant amount of compensation and benefits, in addition to causing him much mental anguish, humiliation and distress.

7. Plaintiff has suffered, and continues to suffer, financial and emotional hardship as a result of said termination, resulting in direct and consequential financial and property losses, as well as mental anguish, humiliation and emotional distress.

8. The Defendant's termination was intentional, willful, deliberate and malicious, And Defendant knew or should have known that said termination was illegal, harmful, and a violation of the Plaintiff's civil rights.

## COUNT ONE: SECTION 1981 RETALIATION

9. Plaintiff incorporates by reference the allegations contained in paragraphs one through eight above, as though fully stated herein.

10. Plaintiff was terminated from his employment in retaliation for complaining about improper treatment regarding his disability, in violation of his right to be free from retaliation under 42 U.S.C. Section 1981.

**WHEREFORE**, Plaintiff demands a judgment against the Defendant for the following relief:

a. Compensatory damages in an amount which will compensate the Plaintiff for his financial losses, both direct and consequential, back-pay, and his emotional distress.

Punitive damages based on the nature of the Defendant's conduct.

b. A finding that the Defendant has violated the Plaintiffs rights.

c. Payment of reasonable statutory civil rights attorney fees incurred in the prosecution of this action.

BY:  *Steven L. Terry*
STEVEN L. TERRY
(TERRS2537)
Attorney for Plaintiff
P.O. Box 160091

                                    **Mobile, Al. 36616**
                                    **(251) 432-4800**

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL CAUSES OF ACTION.**

                              **BY: <u>Steven L. Terry</u>**
                                    **STEVEN L. TERRY**

;